IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG I. CHENG,<br><br>    Plaintiff,<br><br>  v.<br><br>Deputy AMMERMAN, # D652; Deputy ROBERT ROSENMILY; Deputy O'DELL, # D670; Deputy ADAM JOHNSON, # D691; Sergeant PAT McTAGGART; Sheriff DON HORSLEY; NORMELEE TILLMAN, Director of Correctional Health Services; REBECCA ANDERSON POTTS, Medical Manager, San Mateo County Jail; EMERGENCY RESPONSE TEAM, San Mateo County Jail; COUNTY OF SAN MATEO; and DOES I-V,<br><br>    Defendants.               / | No. C 06-2217 WHA (PR)<br><br>**ORDER FOR DEFENDANTS TO FILE RESPONSE; DENIAL OF MOTION FOR APPOINTMENT OF COUNSEL** |

     This is a civil rights case filed pro se by a state prisoner. Plaintiff moves for a restraining order against retaliatory assaults upon him by correctional officers at the jail. In view of his allegation that he was violently assaulted on December 8th and 9th, 2006, causing him to be hospitalized in a coma for six days, a response from defendants would assist the Court. Defendants shall file a response within fourteen days of the date this order is entered.

     Plaintiff also moves for appointment of counsel. There is no constitutional right to counsel in a civil case, *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981), but 28

U.S.C. § 1915 confers on a district court the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). This does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989). In short, the Court has only the power to ask pro bono counsel to represent plaintiff, not the power to "appoint" counsel.

Plaintiff is capable of presenting his claims effectively, and the issues, at least at this stage, are not complex. The motion (document number 28 on the docket) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August   27  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\CHENG217.ATY

2